**Adam D. Ford** (UTB# 11363)
FORD & CRANE PLLC
333 E. Main Street, #451
Lehi, Utah 84043
Telephone: (213) 915-4291
Email: adam.ford@fordcranelaw.com
*Attorney for Plaintiff Petersen Games, LLC*

### IN THE UNITED STATES DISTRICT COURT,
### IN AND FOR THE CENTRAL DISTRICT OF UTAH

| | |
|---|---|
| PETERSEN GAMES, LLC,<br><br>Plaintiff,<br>vs.<br><br>CCS-EXPRESS INTERNATIONALE LUFTFRACHTSPEDITION, GMBH, John Does I – X, XYZ Corporations and/or Limited Liability Companies I – X.<br><br>Defendants. | NOTICE OF VOLUNTARY DISMISSAL<br><br>Case No. 2:23-CV-422-DAO<br><br>Magistrate Daphne A. Oberg |

PLEASE TAKE NOTICE that Plaintiff, Petersen Games, LLC voluntarily dismisses this action, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure. No party has appeared or filed an answer in this action, thus permitting Plaintiff to dismiss this action without an order of the Court:

DATED this 17th day of January, 2024.

FORD & CRANE PLLC

/s/ Adam D. Ford
Adam D. Ford (UTB# 11363)
*Attorney for Plaintiff*

## **CERTIFICATE OF SERVICE**

    I, the undersigned, certify that on the 17th day of January, 2024, I caused a true and correct copy of the foregoing NOTICE OF VOLUNTARY DISMISSAL to be filed with the Court electronically via CM/ECF, which caused notice to be served upon all e-filing counsel of record via the Court's Notice of Electronic Filing [NEF].

                                                                             /s/ Adam D. Ford